**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Chip Rasor,                                                                               Civil No. 05-981 (DWF/FLN)

            Plaintiff,

v.                                                                                **ORDER**

Federal Bureau of Prisons; J. F. Caraway,
Acting Warden/Associate Warden; Martin
Anderson, Food Service Administrator;
David Baker, Unit Manager; Ronald
DeFrance, Health Service Administrator;
Trevor Kroger, Facility Manager; Alan Prater,
Correctional Services Captain; Patricia Smith,
Unit Manager; Charles Wessberg, Safety
Manager; Mark Karakash, Cook Foreman
and President A.F.G.E. Local 3935; and
David Olson, Recreation Specialist,

            Defendants.

---

Chip Rasor, *Pro Se*, Plaintiff.

Friedrich A. P. Siekert, Assistant United States Attorney, United States Attorney's Office, counsel for Defendants.

---

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 29, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. No. 24) is

**GRANTED**.

Dated:  May 1, 2006	s/Donovan W. Frank
	DONOVAN W. FRANK
	Judge of United States District Court